IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60178
Conference Calendar

_____


GARY MOAWAD,

                                        Plaintiff-Appellant,

versus

FRED CHILDS; AARON JAGER;
CARMEN GETTIS CASTILLA;
MACKEY HOPKINS; HUBERT FOSTER;
JIMMY FULCE; ROBERT HUGHES;
MARVEN BROSS; AND EUGENE MAILEY,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:90-CV-172-S
- - - - - - - - - -
December 9, 1997
Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Gary Moawad, Mississippi # 31272, appeals from the district

court's denial of his motion for contempt.  Moawad argues that

the district court abused its discretion in denying his motion

for contempt when the court failed to hold an evidentiary

hearing.  Given the absence of clear and convincing evidence that

the defendants violated the agreed order, the district court did

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

not abuse its discretion in denying the motion for contempt without holding a hearing.  <u>Travelhost, Inc. v. Blandford</u>, 68 F.3d 958, 961 (5th Cir. 1995).

Moawad's motion for the appointment of counsel is DENIED.

AFFIRMED.